IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Westfall,<br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>State of California, et al.,<br><br>　　　　　　Defendant(s).<br>_____/ | NO. C 02-02472 JW<br><br>**ORDER SCHEDULING HEARING REGARDING PLAINTIFF'S REQUEST FOR JUDGMENT** |

This Court schedules a hearing regarding Plaintiff's Request for Judgment (Docket Item No. 42) for Monday, August 29, 2005 at 9:00 a.m. If the parties file a Stipulated Dismissal with this Court before that date/time, the aforementioned hearing will be vacated immediately.

Dated: June 10, 2005　　　　　　　　　　　　/s/James Ware
　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
02cv2472hrg-re-jgmt-p　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fiel D. Tigno fiel.tigno@doj.ca.gov
Mary-Margaret O'Connell mmoc@pacbell.net
William J. McMahon william.mcmahon@doj.ca.gov

**Dated: June 10, 2005**                                              **Richard W. Wieking, Clerk**

**By:/s/JWchambers**
        **Ronald L. Davis**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California