NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Westfall, | NO. C 02-02472 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE WHY ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED FOR FAILURE TO TENDER SETTLEMENT PAYMENT TO PLAINTIFF** |
| v. | |
| State of California, et al., | |
| Defendant(s). | |

This action has been pending since May of 2002. In May of 2004, the parties reported that the case had settled. The Court has yet to receive the customary stipulated dismissal, however. The latest status report filed by Plaintiff's counsel on August 2, 2005, indicates that she is still awaiting a settlement check.

Based upon the status report, the Court orders Defendants to show cause, in writing, why the answer should not be stricken and default entered as a sanction for failure to tender the settlement payment. Defendants shall file and serve the response to this Order no later than October 17, 2005.

Thereafter, the parties shall appear for a hearing on October 31, 2005 at 9:00 a.m. If the parties file a stipulated dismissal prior to the hearing date, the hearing will be automatically vacated.

Dated: September 30, 2005                     /s/James Ware
                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Fiel D. Tigno fiel.tigno@doj.ca.gov
Mary-Margaret O'Connell mmoc@pacbell.net
William J. McMahon william.mcmahon@doj.ca.gov

**Dated: September 30, 2005**  **Richard W. Wieking, Clerk**

**By: /s/JW Chambers**
    **Ronald L. Davis**
    **Courtroom Deputy**