1  Mary-Margaret O'Connell-State Bar No. 113002
   LAW OFFICES OF MARY-MARGARET O'CONNELL
2  550 Hartnell Street, suite J
   Monterey, CA 93940
3  Tel: 831 649-0535
   Fax: 831 649-0559
4  Attorney for Plaintiff John Westfall

5

6  William McMahon
   Deputy Attorney General
7  Department of Justice
   State of California
8  P. O. Box 7055-
   Oakland, CA 94612-0550
9  Tel: 510 622-2209
10 Fax: 510 622-2121
   Attorneys for Defendants California Department
11 of Forestry and Fire Protection, et al.

12

13
          UNITED STATES DISTRICT COURT
14        NORTHERN DISTRICT OF CALIFORNIA
               SAN JOSE DIVISION
15

16 JOHN WESTFALL,                         CASE NO. C 02-02472-JW

17         Plaintiff,                     STIPULATED DISMISSAL

18 vs.
   STATE OF CALIFORNIA, STATE
19 DEPARTMENT OF FORESTRY AND
   FIRE PREVENTION; TIM TURNER;
20 DELORES CHACON; STATE PERSONNEL
   BOARD; and DOES 1 through 10, inclusive,
21

22         Defendants.
   _____/
23
         Plaintiff, by and through his attorney of record, and defendants, by and through
24
   defendants' attorney of record, hereby notify the court that this matter has resolved in
25
   keeping with the full terms and conditions of the settlement agreement. Consideration
26
   has been received and all other terms have been met. Therefore, the undersigned
27

28

stipulated dismissal                    1

| | |
|---|---|
| 1 | respective attorneys for the parties, hereby request that this court dismiss this case with |
| 2 | prejudice. |
| 3 | |
| 4 | date: 10-11-05  LAW OFFICES OF MARY-MARGARET O'CONNELL |
| 5 | |
| 6 | Mary-Margaret O'Connell |
| 7 | Attorney for Plaintiff |
| 8 | date:   BILL LOCKYER  Attorney General of the State of California |
| 9 | by: _____ 10/17/2005 |
| 10 | William McMahon |
| 11 | Deputy Attorney General  Attorney for Defendants |

## ORDER

The Stipulated Dismissal of the parties having been considered by this court,

IT IS ORDERED that this matter be dismissed with prejudice.

date: 10/19/05      _____
                    JAMES WARE
                    United States District Judge